PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Linzell Davis      **Docket Number:** 07-00534-001
     **PACTS Number:** 49535

**Name of Sentencing Judicial Officer:** Honorable Peter G. Sheridan, United States District Judge

**Date of Original Sentence:** 07/14/2008

**Original Offense:** Felon In Possession of a Weapon

**Original Sentence:** 44 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 07/21/10

**Assistant U.S. Attorney:** Joseph Mack, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Linda Foster (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'Alcohol/Drug Testing and Treatment. You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |

PROB 12C - Page 2
Linzell Davis

During a routine office visit on September 21, 2010, the offender admitted to consuming an unknown quantity of alcohol (i.e. Hennessy) on September 20, 2010.

2   The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'

On February 9, 2011, the probation office conducted an unannounced home visit at the offender's place of residence and discovered that he relocated to another address sometime in December of 2010. On February 16, 2011, the undersigned officer made telephone contact with his employer and learned that he failed to report to work since sometime in January of 2011, and failed to provide any notification of resignation. Since February 9, 2011, the undersigned officer has been unable to locate the offender and has no information on his current whereabouts.

3   The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

The offender has failed to submit monthly supervision reports for the month of December of 2010, as well as January and February of 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 3/25/11



THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/14/11
_____
Date